**Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000053
13-JUL-2011
10:12 AM**

NO. CAAP-11-0000053

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

JASON VICKERY AND CHERIE VICKERY,
Plaintiffs-Appellants,
v.
DAMON KEY LEONG KUPCHAK HASTERT,
DAVID McCAULEY, ESQ., JAMESNER A. DUMLAO, ESQ.,
JOHN DOES 1-20, MARY ROES 1-20, DOE CORPORATIONS
AND OTHER ENTITIES 1-20, Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 07-1-000351)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Nakamura, C.J., Foley and Reifurth, JJ.)

Upon review of the record, it appears that: (1) Plaintiffs-Appellants Jason Vickery and Cherie Vickery (Appellants) filed a notice of appeal on January 26, 2011; (2) the record on appeal was filed on March 18, 2011, and the appellate clerk filed a notice of entering case on calendar informing Appellants that the jurisdictional statement was due on March 28, 2011 and the opening brief was due on April 27, 2011; (3) Appellants did not thereafter file either document; (4) on June 14, 2011, the appellate clerk provided notice to Appellants that: (a) the time to file the jurisdictional statement and the opening brief expired; (b) the matter would be called to the attention of the court on June 21, 2011; and (c) the appeal may be dismissed pursuant to Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 30; and (5) Appellants did not thereafter file the jurisdictional statement or the opening brief, and did not seek relief from default. Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed pursuant to HRAP Rule 30.

DATED: Honolulu, Hawai'i, July 13, 2011.


Chief Judge


Associate Judge


Associate Judge